PROB 12C
(6/16)

Report Date: July 20, 2016

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 20 2016

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

| | |
|---|---|
| Name of Offender: Samuel Gordon Laverdure | Case Number: 2:15CR00032-LRS-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇ Spokane, Washington 99204 | |
| Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge | |
| Date of Original Sentence: September 22, 2015 | |
| Original Offense: Escape from Federal Custody, 18 U.S.C. § 751(a) | |
| Original Sentence: Prison - 14 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Matthew F. Duggan | Date Supervision Commenced: July 8, 2016 |
| Defense Attorney: Amy Rubin | Date Supervision Expires: July 7, 2018 |

## PETITIONING THE COURT

### To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---

1 | **Mandatory Condition # 1**: The defendant shall not commit another federal, state or local crime.

   **Supporting Evidence**: Samuel Laverdure violated the terms of his supervised release in Spokane, Washington, on July 13, 2016, by allegedly committing an assault. Per Spokane police report number 16-256313, Mr. Laverdure was witnessed assaulting his younger brother. As of this date no official charges have been filed.

2 | **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.

   **Supporting Evidence**: Samuel Laverdure violated the terms of his supervised release in Spokane, Washington, on July 18, 2016, by failing to report to his probation officer as directed.

   Mr. Laverdure was contacted telephonically by the undersigned officer at 11:45 a.m. on July 18, 2016, and directed to report to the U.S. Probation Office by 3 p.m. that same day. Mr. Laverdure failed to report as directed. In addition, Mr. Laverdure has been unavailable for contact, and his whereabouts are currently unknown.

Prob12C
Re: Laverdure, Samuel Gordon
July 20, 2016
Page 2

| | |
|---|---|
| 3 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence of employment. |

**Supporting Evidence**: Mr. Samuel Laverdure violated the terms of his supervised release in Spokane, Washington, on or about July 14, 2016, by changing his residence without notification to his assigned probation officer.

On July 18, 2016, the undersigned officer received information from the Spokane Police Department that Mr. Laverdure had been contacted during a traffic stop on July 15, 2016. During the contact, one of the individuals who was in the vehicle with Mr. Laverdure told the officer that Mr. Laverdure had slept in his vehicle the night before.

On July 19, 2016, contact was made with Mr. Laverdure's friend, with whom he has been residing since his release from custody, who confirmed that Mr. Laverdure had not stayed at the residence since on or about July 14, 2016. As of the date of this report, Mr. Laverdure's whereabouts are unknown.

| | |
|---|---|
| 4 | **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer. |

**Supporting Evidence**: Mr. Samuel Laverdure violated the terms of his supervised release in Spokane, Washington, on July 17, 2016, by having unauthorized contact with two individuals who had previously been convicted of felony crimes.

On July 18, 2016, the undersigned officer received information from the Spokane Police Department that Mr. Laverdure had been contacted during a traffic stop on July 15, 2016. Mr. Laverdure was reported to have been a passenger in a vehicle which contained two other male occupants. Per a statement by the reporting Spokane police officer, the two males with whom Mr. Laverdure was traveling were both convicted felons. In addition, the driver of the vehicle did not have a valid license, and the other passenger had a misdemeanor warrant for his arrest.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/20/2016

s/Jeremy M. Tracy

Jeremy M. Tracy
U.S. Probation Officer

Prob12C
Re: Laverdure, Samuel Gordon
July 20, 2016
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

7/20/16
Date