Report Date: April 12, 2017

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**APR 17 2017**

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Samuel Gordon Laverdure       Case Number: 0980 2:15CR00032-LRS-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 22, 2015

| | | |
|---|---|---|
| Original Offense: | Escape from Federal Custody, 18 U.S.C. § 751(a) | |
| Original Sentence: | Prison - 14 months;<br>TSR - 24 months | Type of Supervision: Supervised Release |
| Revocation<br>Sentence:<br>(August 23, 2016) | Prison - 8 months;<br>TSR - 16 months | |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: April 4, 2017 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: August 3, 2018 |

## PETITIONING THE COURT

### To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 8**: The defendant must report to the probation office in the federal judicial district where he or she is authorized to reside within 72 hours of release from imprisonment, unless the probation officer tells the defendant to report to a different probation office or within a different time frame.<br><br>**Supporting Evidence**: Mr. Samuel Laverdure has violated the terms of his supervised release by failing to report to the U.S. Probation Office in Spokane within 72 hours of his release from the Bureau of Prisons' custody.<br><br>On March 27, 2017, the U.S. Probation Office in Spokane received Mr. Samuel Laverdure's notice of release and arrival documentation from the Bureau of Prisons. The document serves to notify the client of his obligation to report for supervision within 72 hours of his release from custody, and notes that failing to report as described will report in a violation |

of release conditions. The document appears to be signed by Mr. Laverdure, acknowledging his awareness of the requirement.

Mr. Laverdure subsequently released from Bureau of Prisons custody on April 4, 2017, and as of the date of this report, has failed to report to the probation office in the federal judicial district in which he is authorized to reside. It should be noted that Mr. Laverdure and his fiancee have both contacted, and left voice mails for the undersigned officer on numerous occasions beginning on April 5, 2017, in which the client indicated that he was and is in Salt Lake City, Utah. The client had indicated that he arrived in Salt Lake City and then went to the store, which caused him to miss his next scheduled bus. The client has indicated on several occasions that he would be able to secure the necessary resources to continue his travels, but thus far has not. At this point the client seems either unable or unwilling to report as directed.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 12, 2017
_____

s/Chris Heinen
_____

Chris Heinen
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

4/17/17
_____
Date